IN THE MATTER OF THE APPEAL OF THE CITY OF EAST ORANGE, ETC.

See same case below: 80 *N. J. Super.* 219.

*Mr. Louis Bort* and *Messrs. Clapp & Eisenberg* for the petitioner.

*Mr. William L. Brach* for the respondent.

November 11, 1963. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. HARRY J. KAISER, *ET AL.*, DEFENDANT-PETITIONER.

See same case below: 80 *N. J. Super.* 176.

*Mr. Irving I. Vogelman* for the petitioners.

*Mr. Guy W. Calissi* and *Mr. Ronald J. Picinich* for the respondent.

November 26, 1963. Denied.